1

2

3

4

5

6

7

8                             UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    HENDRIX M. MONTECASTRO,                    No. 1:20-cv-01289-ADA-HBK (PC)

12                 Plaintiff,                    ORDER ADOPTING FINDINGS AND
                                                 RECOMMENDATION
13          v.
                                                 (ECF No. 10)
14    WATERS, et al.,

15                 Defendants.

16

17          Plaintiff Hendrix Montecastro ("Plaintiff") is proceeding *pro se* and is a state prisoner who

18    initiated this civil rights action.  (ECF No. 1.)  The matter was referred to a United States Magistrate

19    Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20          On June 12, 2023, the assigned Magistrate Judge found that Plaintiff failed to comply with

21    a Court order and failed to prosecute this matter.  (ECF No. 10.)  Specifically, Plaintiff violated

22    Local Rule 183(b) by failing to keep the Court appraised of a current address.  (*Id*. at 1.)  Thus, the

23    Magistrate Judge recommended that the action be dismissed without prejudice.  (*Id*. at 3.)  The

24    findings and recommendations were served upon Plaintiff at the address on record on June 12,

25    2023.  It contained a notice that any objections were to be filed within fourteen days.  (*Id*.)  Plaintiff

26    was also informed that the "failure to file objections within the specified time may result in the

27    waiver of rights on appeal."  (*Id*. (citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014)

28    (citing *Baxter v. Sullivan*, 923 F.2d 1391, 1394 (9th Cir. 1991))).)  On June 20, 2023, the findings

1    and recommendations were returned as undeliverable.[1]  To date, no objections have been filed, and

2    the time to do so has expired.

3        According to 28 U.S.C. § 636(b)(1)(C), the Court conducted a *de novo* review of this case.

4    Having carefully reviewed the entire file, the Court concludes that the findings and

5    recommendation are supported by the record and proper analysis.

6        Accordingly,

7      1. The Findings and recommendations issued on June 12, 2023, (ECF No. 10), are

8           ADOPTED in full;

9      2. This action is dismissed without prejudice; and

10      3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   July 13, 2023                           

UNITED STATES DISTRICT JUDGE

---

[1] Absent notice of a party's change of address, service of documents at the prior address of the party is fully effective.  Local Rule 182(f).